**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANDEEP SINGH SANDHU, | Case No. 1:25-cv-0972 KES EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| MINGA WOFFORD, et al., | |
| Respondents. | Doc. 16 |

Mandeep Singh Sandhu is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the duration of his detention while awaiting removal and requesting release from custody. Doc. 1. After respondents notified the Court that Sandhu had been deported, the assigned magistrate judge recommended the petition be dismissed as moot. Docs. 15, 16.

On December 9, 2025, the findings and recommendations were served on the parties, including counsel for Sandhu, and contained notice that any objections were to be filed within fourteen days. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. Doc. 16 at 3. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are

1

supported by the record and proper analysis.

The Court **ORDERS**:

1.    The findings and recommendations issued on December 9, 2025 (Doc. 16) are **ADOPTED** in full.

2.    The petition for writ of habeas corpus (Doc. 1) is dismissed as **MOOT**.

3.    The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 13, 2026

_____
UNITED STATES DISTRICT JUDGE

2